UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 07-C-316

MENOMINEE TRIBAL ENTERPRISES,
MARSHALL PECORE
and CONRAD WANIGER,

        Defendants,

MENOMINEE INDIAN TRIBE OF WISCONSIN,

        Movant.

**ORDER**

The Menominee Indian Tribe of Wisconsin has requested clarification regarding the motions to be addressed at the upcoming hearing scheduled for April 15, 2008. Although it appears that notice of the hearing was not sent directly to the Tribe, an inadvertent clerical error, the Tribe indicates that it has received notice and does not object to appearing and presenting its arguments at the hearing. It is the court's intention to address at the hearing both the Menominee Indian Tribe's motion to quash the deposition of Lisa Waukau noticed by Menominee Tribal Enterprises ("MTE") and the United States' motion for a protective order pursuant to Fed. R. Civ. P. 26(c), as stated in the court's order of March 21, 2008. As reflected in the docket entry of the notice of the hearing, the court will also address the United State's motion to seal the deposition transcript of

Douglas G. Cox.  MTE has requested that additional discovery issues it has raised in connection with its recent motion to compel be addressed at the hearing as well.  The court will do so as time permits.

Dated this   11th   day of April, 2008.

                                       s/ William C. Griesbach
                                       William C. Griesbach
                                       United States District Judge