# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 07-C-316

MENOMINEE TRIBAL ENTERPRISES, et al.,

        Defendants.

## PRELIMINARY ORDER OF DISCLOSURE

At the request of the parties, the Court conducted an in camera review of the personnel file of BIA Forester David Congos. Having reviewed the file, the Court preliminarily concludes that the following documents, identified by bates number, should be disclosed:

DC0009-10; DC00073; DC0150-153; DC0235-236; DC0284; DC0306; DC0318-322; DC0342 - 346

From the Court's review, it appears that the above documents may be relevant or lead to the discovery of relevant material. Plaintiff will have ten days to object in the event plaintiff feels that all or none of the documents should be released. Absent objection or request for redaction, plaintiff should provide copies of the aforementioned documents to MTE as requested pursuant to the discovery request.

In addition, the entirety of the personnel file will be maintained under seal by the Court until further order.

**SO ORDERED** this   3rd   day of June, 2008.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge