UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 07-C-316

MARSHALL PECORE and CONRAD WANIGER,

    Defendants.

**ORDER**

    Having considered the requests of counsel to speak with the jury concerning the recent trial, I hereby grant permission to both attorneys to contact jurors with a view to obtaining constructive criticism of their respective performances in the hope of improving their trial skills. The contact is not to be for the purpose of either impeaching or supporting the verdict. The Court does not intend to consider affidavits of jurors or to further impose upon the jury by having them return to Court at a potential hearing on the defendants' attorney fees claim.

    With respect to the briefing schedule on the question of attorneys' fees, the schedule set forth in Attorney Reynolds' letter of November 4, 2009, is hereby adopted by the Court. Defendants' motion for fees and supporting materials are to be filed by November 30, 2009. The Government's response should be filed by December 11, 2009 and the Defendant's reply by December 19, 2009. If the Court deems a hearing necessary, the parties will be notified and the hearing scheduled by the clerk.

    Dated this   5th   day of November, 2009.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge